```
                    FILED
           CLERK, U.S. DISTRICT COURT

              FEB 2 5 2014

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JUAN RAMON TOVAR<br><br>                Defendant. | CR 08-0479 SVW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) ☒ the appearance of defendant as required; and/or

    (B) ☒ the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will avoid criminal conduct_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/ conditions also, no bail resources + illegal status suggest defendant is a flight risk_

IT IS ORDERED that defendant be detained.

DATED: 2/25/14

/s/ S. Segal

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE